# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK NIJ BOCH | Case No. 1:13-cv-01918-AWI-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (ECF No. 1) |
| Defendants. | |

On November 25, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Erick Nij Boch.[1] Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself. *Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997); *C. E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

This action is HEREBY ORDERED DISMISSED. Given the Court's inability to serve the order on Mr. Boch, the Clerk's Office shall serve a copy of this order on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated:   December 3, 2013                                    _____
                                                              SENIOR DISTRICT JUDGE

---

[1] The complaint is not signed and it sets forth no intelligible claims for relief. No address is provided for Mr. Boch.